**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| RONALD W. WALDEN JR., | ) | |
| an individual | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 4:12-cv-00113-RGD-FBS |
| | ) | |
| v. | ) | |
| | ) | |
| BRE RETAIL RESIDUAL OWNER I, LLC, | ) | |
| a Domestic Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement in this action. The parties are currently in the process of executing the settlement agreement and anticipate filing a joint stipulation for dismissal within seven (7) days. The parties further request that the Court adjourn all upcoming conferences and deadlines while they finalize their agreement.

Respectfully Submitted,                          Respectfully Submitted,

By: /s/ *M. Ryan Casey*                          By: /s/ *Edwards J. Powers*
     M. Ryan Casey #VA72806                          Edward J. Powers # VA32146
     Ku & Mussman, P.A.                          Katharina Brekke Powers #VA45216
     12550 Biscayne Blvd., Suite 406                          Vandeventer Black LLP
     Miami, Florida 33181                          500 World Trade Center
     Tel: (305) 891-1322                          Norfolk, VA 23510
     Fax: (305) 891-4512                          Tel: (757) 446-8600
     ryan@kumussman.com                          Fax: (757) 446-8670
     *Attorneys for Plaintiff*                          epowers@vanblk.com
                                       *Attorneys for Defendant*

Dated: August 29, 2012                          Dated: August 29, 2012
     *Attorneys for Plaintiff*                          *Attorneys for Defendant*

1