```
                                                            FILED
                                                          SEP 10 2012
                                                      CLERK, US DISTRICT COURT
                                                           NORFOLK, VA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| RONALD W. WALDEN JR., an individual )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRE RETAIL RESIDUAL OWNER I, LLC, )<br>a Domestic Limited Liability Company, )<br>)<br>Defendant. )<br> ) | Case No: 4:12-cv-00113-RGD-FBS |

Plaintiff and Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear their respective fees and costs.

Respectfully Submitted,

By: _____
M. Ryan Casey #VA72806
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
ryan@kumussman.com
*Attorneys for Plaintiff*

Respectfully Submitted,

By: _____
Edward J. Powers # VA32146
Katharina Brekke Powers #VA45216
Vandeventer Black LLP
500 World Trade Center
Norfolk, VA 23510
Tel: (757) 446-8600
Fax: (757) 446.8670
epowers@vanblk.com
*Attorneys for Defendant*

DATED: Sept 10, 2012

SO ORDERED: _____
/s/
Robert G. Doumar
Senior United States District Judge